IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CONVEYOR TECHNOLOGY GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 01-0593-CV-W-DW |
| NAVISTAR INTERNATIONAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On December 10, 2002, the Court stayed litigation in the above-captioned proceeding pending action by the Bankruptcy Court (Doc. 46). More than two years after the stay, the Court ordered Plaintiff to apprise it of the status of the bankruptcy proceeding by February 17, 2005 (Doc. 47). No such apprisal was made and the Court again ordered Plaintiff on May 4, 2005 to file a report detailing the status of the bankruptcy proceeding (Doc. 48). Plaintiff again failed to respond to such order. On September 12, 2005. the Court ordered Plaintiff to show cause why the above captioned case should not be dismissed (Doc. 49). Plaintiff has failed to respond to the Court's Order. Accordingly, the above captioned case is DISMISSED with prejudice.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: <u>November 22, 2005</u>